DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TERESA JOHNSON and
KATHLEEN JOHNSON,

Appellants,

v.

HOMETOWN LITTLE MANATEE, LLC,
d/b/a LITTLE MANATEE SPRINGS,

Appellee.

No. 2D2025-0733

————————————————

October 22, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for
Hillsborough County; Richard H. Martin, Judge.

Tarya A. Tribble of Tribble Law Center, P.A., Riverview, for Appellants.

J. Matt Bobo and Grace E. Desmond of Lutz, Bobo & Telfair, P.A.,
Sarasota, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.